IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CLEOPHUS YOUNG,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:14cv346-MHT
                               )          (WO)
EUGENE KNOX,                   )
                               )
    Defendant.                 )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that defendant committed perjury to collect fraudently life-insurance benefits.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Plaintiff has filed objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of June, 2014.

                           /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE