```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CLEOPHUS YOUNG,                    )
                                   )
     Plaintiff,                    )
                                   )    CIVIL ACTION NO.
     v.                            )      2:14cv346-MHT
                                   )          (WO)
EUGENE KNOX,                       )
                                   )
     Defendant.                    )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's motion to proceed in forma pauperis (doc. no. 2) is granted.

(2) Plaintiff's objections (Doc. No. 8) are overruled.

(3) The United States Magistrate Judge's recommendation (Doc. No. 7) is adopted.

(4) This lawsuit is dismissed for lack of subject-matter jurisdiction.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of June, 2014.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**